# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ELIZABETH ANN SWEARINGEN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JUUL LABS INC, *et al.*, )<br>)<br>Defendants. )<br>) | 7:19-cv-00779-LSC |

## Order

The Court acknowledges receipt of Plaintiffs' Notice of Voluntary Dismissal of Plaintiff Elizabeth Ann Swearingen's claims without prejudice. (Doc. 7.) Accordingly, the claims of Plaintiff Elizabeth Ann Swearingen are dismissed without prejudice. The claims of Plaintiff John Thomas Via Peavy remain pending.

Also before this Court is Defendants' Motion for Extension of Time to Respond to the Complaint (doc. 8); Defendant Juul Labs Inc.'s Motion to Transfer or to Stay (doc. 12); Defendants' Motion to Defer Responsive Pleading Deadline and Stay Discovery Pending Resolution of the Motion to Transfer or Stay (doc. 13); and the parties' Joint Motion to Set Briefing Schedule (doc. 18).

Defendants' Motion to Defer Responsive Pleading Deadline and Stay Discovery Pending Resolution of the Motion to Transfer or Stay (doc. 13) is

GRANTED. Accordingly, Defendants' Motion for Extension of Time to Respond to the Complaint (doc. 8) is TERMINATED AS MOOT.

The parties' Joint Motion to Set Briefing Schedule (doc. 18) is GRANTED in PART and DENIED in PART. Plaintiffs have fourteen (14) days from the date of this Order to respond to Defendant Juul Labs Inc's Motion to Transfer or to Stay (doc. 12). Plaintiffs' response shall not exceed thirty (30) double-spaced pages. Defendants will thereafter have seven (7) days to file a reply, not to exceed five (5) double-spaced pages. The type size for all submissions must be at least 14 points, except that footnotes may be in 12-point type. After the briefing period has expired, the Court will take the Motion to Transfer (doc. 12) under consideration without further notice to the parties.

**DONE** and **ORDERED** on July 15, 2019.

L. Scott Coogler
United States District Judge

195126