IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH ANN SWEARINGEN, et al., | } |
| | } |
| Plaintiffs, | } |
| v. | } Case No. 7:19-CV-779-LSC |
| | } |
| JUUL LABS, INC., et al., | } |
| | } |
| Defendants. | } |

**JOINT STIPULATION OF AGREEMENT TO TRANSFER CASE**

Plaintiff John Thomas Via Peavy ("Peavy"),[1] Defendant JUUL Labs, Inc. ("JLI"), Altria Group, Inc. ("Altria"), and Philip Morris USA, Inc. ("PM USA") (collectively, "the Parties") jointly stipulate to the transfer of this case to the United States District Court for the Northern District of California. In further support, the Parties state as follows:

1. On May 22, 2019, Peavy filed this lawsuit against JLI, Altria, and PM USA. (Doc. 1). Peavy seeks to represent a nationwide class of purchasers and users of JUUL products, as well as a class consisting of Alabama purchasers and users of JUUL products. *Id.*

2. On June 27, 2019, JLI filed a Motion to Transfer or Stay ("the Motion") this case under the first-filed rule and 28 U.S.C. § 1404, in light of previously-filed

---

[1] The case was originally filed by two plaintiffs, Peavy and Elizabeth Ann Swearingen. (Doc. 1). On June 14, 2019, Swearingen voluntarily dismissed her claims. (Doc. 7). Peavy's claims remain pending.

1

litigation in the U.S. District Court for the Northern District of California – *In re: JUUL Labs, Inc. Products Litigation*, No. 3:18-cv-02499-WHO (N.D. Cal.). (Doc. 12). Altria and PM USA joined in the Motion. (Doc. 14).

3. The Parties have conferred, and Peavy no longer opposes the Motion. The Parties consent to the transfer of this case to the U.S. District Court for the Northern District of California. The Parties agree that it would promote judicial efficiency and conserve the Parties' and the Court's resources to end further briefing on the Motion. The Motion, therefore, should be denied as moot.

4. This stipulation is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, or objection, including lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, or failure to state a claim.

Accordingly, the Parties stipulate and respectfully request that the Court transfer this case to the U.S. District Court for the Northern District of California for all further proceedings.

Respectfully submitted this 29th day of July, 2019.

*s/Patrick C. Marshall*
(signed with permission)
One of the Attorneys
for Plaintiff Peavy

OF COUNSEL:
Robert G. Methvin, Jr.
*rgm@mtattorneys.com*
James M. Terrell
*jterrell@mtattorneys.com*
Patrick C. Marshall
*pmarshall@mtattorneys.com*
Courtney C. Gipson
*cgipson@mtattorneys.com*
**METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone:   (205) 939-0199
Facsimile:   (205) 939-0399

Christy Crow
*ccrow@jinkslaw.com*
Mahaley McInnes
*mmcinnes@jinkslaw.com*
**JINKS, CROW & DICKSON**
219 North Prairie Street
Union Springs, Alabama 36089
Telephone:   (334) 738-4224
Facsimile:   (334) 738-4229

David J. Hodge
*dhodge@mkhlawyers.com*
**MORRIS, KING & HODGE, P.C.**
200 Pratt Avenue NE
Huntsville, Alabama 35801
Telephone:   (256) 536-0588
Facsimile:   (256) 533-1504

*s/Lana A. Olson*
One of the Attorneys
for Defendant JLI

OF COUNSEL:
Lana A. Olson
*lolson@lightfootlaw.com*
Jeffrey P. Doss
*jdoss@lightfootlaw.com*
**LIGHTFOOT, FRANKLIN & WHITE LLC**
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Telephone:  (205) 581-0700
Facsimile:   (205) 581-0799

                              *s/R. Bruce Barze, Jr.*
                              (signed with permission)
                              One of the Attorneys for
                              Defendants Altria and PM USA

OF COUNSEL:
R. Bruce Barze, Jr.
*bbarze@btnllaw.com*
Lisa McCrary
*lmccrary@btnllaw.com*
**BARZE TAYLOR NOLES LOWTHER LLC**
2204 Lakeshore Parkway, Suite 330
Birmingham, Alabama 35209
Telephone:  (205) 872-1032

## **CERTIFICATE OF SERVICE**

     I certify that on July 29, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                        *s/Lana A. Olson*
                                        OF COUNSEL