FILED
2019 Jul-31 PM 01:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ELIZABETH ANN SWEARINGEN, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )    7:19-cv-00779-LSC |
| JUUL LABS INC, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## Order

Before this Court is Defendant JUUL Labs Inc.'s Motion to Transfer or to Stay. (Doc. 12.) On June 27, 2019, Defendants Altria Group Inc, and Phillip Morris USA Inc., joined in Defendant JUUL Lab Inc.'s Motion to Transfer or Stay. (Doc. 14.) On July 29, 2019 the parties filed a joint Stipulation of Agreement to Transfer Case to the United States District Court for the Northern District of California to be consolidated with *In re: JUUL Labs, Inc. Products Litigation*, No. 3:18-cv-02499-WHO (N.D. Cal.). (Doc. 20.) Accordingly, the Motion to Transfer or to Stay (doc. 12) is hereby GRANTED and it is ORDERED that this case be TRANSFERRED to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. § 1404.

The Clerk is DIRECTED to take the appropriate steps to transfer this matter in accordance with this Order.

**DONE** and **ORDERED** on July 31, 2019.

                                              L. Scott Coogler
                                      United States District Judge

195126